```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SHATEEK AMIN BILAL,                     :
                        Plaintiff,      :
                                        :
              -v-                       :     08 Civ. 6664 (DLC)
                                        :
NEW YORK CITY DEPARTMENT OF CORRECTIONS;:        ORDER
CHIBIKO ONYEUKWU; GAYLORD PRADO; OBINNA :
OBIEYISI; DANETTE MARONEY; PRISON HEALTH:
SERVICES; WESTCHESTER MEDICAL CENTER;   :
and WESTCHESTER DEPARTMENT OF           :
CORRECTIONS,                            :
                                        :
                        Defendants.     :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/09

DENISE COTE, District Judge:

By letter dated May 12, 2009, counsel for Prison Health Services and its current and former employees and the City of New York requests an extension of time for these defendants to answer the complaint. It is hereby

ORDERED that the request is granted. Defendants shall answer or move by **June 28, 2009**.

SO ORDERED:

Dated:   New York, New York
         May 14, 2009

                                      _____
                                             DENISE COTE
                                      United States District Judge

COPIES SENT TO:

Shateek Amin Bilal
07-A-4957
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 12821

Laura Del Vecchio
Heidell Pittoni Murphy & Bach, LLP
99 Park Avenue
New York, NY 10016