```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SHATEEK AMIN BILAL,                     :
                      Plaintiff,        :      08 Civ. 6664 (DLC)
                                        :
        -v-                             :          ORDER
                                        :
NEW YORK CITY DEPARTMENT OF             :
CORRECTIONS; CHIBIKO ONYEUKWU; GAYLORD  :
PRADO; OBINNA OBIEYISI; DANETTE         :
MARONEY; PRISON HEALTH SERVICES;        :
WESTCHESTER MEDICAL CENTER; and         :
WESTCHESTER DEPARTMENT OF CORRECTIONS,  :
                      Defendants.       :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/09

DENISE COTE, District Judge:

The above-captioned action, which plaintiff has filed pro
se, has been assigned to me.  On June 29, 2009, defendants The
City of New York s/h/a "New York City Department of Corrections,"
Chibiko Onyeukwu, Gaylord Prado, Obinna Obieyisi, Danette
Maroney, and Prison Health Services filed a motion to dismiss, or
in the alternative for summary judgment.  Plaintiff's opposition
to the motion shall be due **August 14, 2009**, and reply papers, if
any, must be filed by **August 28, 2009**.  Either party may request
to have the dates for the motion extended, and they will be
extended if the party requesting the extension demonstrates that
its pursuit of the action has been diligent and that there is a
good reason for extending the deadline.

IT IS FURTHER ORDERED that when filing any papers with the
Court, the parties shall provide a courtesy copy to Chambers by

1

sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just in the circumstances.

SO ORDERED:

Dated:     New York, New York
           July 2, 2009

DENISE COTE
United States District Judge

2

COPIES SENT TO:

Shateek Amin Bilal                          Laura Del Vecchio
07-A-4957                                   Paul Stuart Haberman
Sing Sing Correctional Facility             Heidell Pittoni Murphy & Bach, LLP
354 Hunter Street                           99 Park Avenue
Ossining, NY 12821                          New York, NY 10016

James Joseph Wenzel
Westchester County Attorney's Office
148 Martine Avenue, Room 600
White Plains, NY 10601